IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE RIVERA | § | |
| Petitioner, | § § § | |
| VS. | § | NO. 3-10-CV-1794-N |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | § § § § | |
| Respondent. | § § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Petitioner has moved for his action to be transferred to the United States Fifth Circuit Court of Appeals. The Court denies that motion, as such a transfer, even if possible, would not cure Petitioner's jurisdictional defects.

SO ORDERED.

SIGNED November 2, 2010.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE